# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

QUINTAVIOUS LUNDY,

        Plaintiff,

        v.

HOMER BRYSON; JAMES K. COX, JR.;
KIMBERLY LOWE; and WILLIAM
STEEDLY,

        Defendants.

\*
\*
\*
\*
\*
\*
\*
\*
\*
\*
\*

CIVIL ACTION NO.: 5:16-cv-71

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 13). Plaintiff failed to file any Objections to the Magistrate Judge's Report and Recommendation. Accordingly, the Court **DENIES** Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction, (dkt. no. 4).

**SO ORDERED**, this ___10___ day of ___January___, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA