FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:08 pm, Aug 18, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| QUINTAVIOUS LUNDY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:16-cv-71 |
| | * | |
| v. | * | |
| | * | |
| JAMES K. COX, JR., et al., | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 66.  Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **GRANTS** Defendants' Motion for Summary Judgment, **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal in Defendants' favor, and **DENIES** Plaintiff *in forma pauperis* status

AO 72A
(Rev. 8/82)

on appeal.

    **SO ORDERED**, this \_\_\_17\_\_\_ day of \_\_\_August\_\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)