AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 11:15 am, Aug 20, 2020

QUINTAVIOUS LUNDY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV516-71

JAMES K. COX, JR., et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered on 8/18/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Defendants' motion for summary judgment is GRATNED, Plaintiff's Complaint is DISMISSED, and Plaintiff is DENIED in forma pauperis status on appeal. Judgment is hereby entered in favor of the Defendants', and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| August 19, 2020 | John E. Triplett, Acting Clerk |
| Date | Clerk |
| | Candy Asbell |
| | (By) Deputy Clerk |

GAS Rev 10/1/03